■ City of Rome, Appellant, v Verizon New York, Inc., Respondent. [823 NYS2d 725]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered February 22, 2006 in a declaratory judgment action. The order granted defendant's motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Martoche, Centra and Pine, JJ.